UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Dashe Sanders**

Case No: 25-46378
Chapter: 13
Judge: Gretchko

Debtor(s)

_____/

### AFFIDAVIT OF DEBTOR

**NOW COMES Dashe Sanders**, the above-captioned Debtor, first being duly sworn deposes

and states:

1.        I am the Debtor in the present case.

2.        I have filed my Federal tax returns for tax years 2022-2023.

3.        I have filed my State of MI tax returns for tax years 2022-2023.

Dated: **Apr 1, 2026**

_Dashe sanders_
Dashe sanders (Apr 1, 2026 15:41:03 EDT)

Dashe Sanders

Drafted by:
James P. Frego
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724.5088

TYKESHA BIGHAM
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF WASHTENAW
My Commission Expires January 25, 2031
Acting in the County of WASHTENAW

# aff re filed tax returns 1

Final Audit Report                                                      2026-04-01

| | |
|---|---|
| Created: | 2026-04-01 |
| By: | Khari Caldwell (khari.caldwell@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAXcfdP6SKJRB7q_BsYPaJ5LYM19t-xsEv |

## "aff re filed tax returns 1" History

📑 Document created by Khari Caldwell (khari.caldwell@gmail.com)
2026-04-01 - 8:18:45 PM GMT- IP address: 96.27.108.70

📨 Document emailed to dashe.sanders@gmail.com for signature
2026-04-01 - 8:18:54 PM GMT

📑 Email viewed by dashe.sanders@gmail.com
2026-04-01 - 8:40:29 PM GMT- IP address: 74.125.212.5

✍ Signer dashe.sanders@gmail.com entered name at signing as Dashe sanders
2026-04-01 - 8:41:01 PM GMT- IP address: 107.116.98.53

✍ Document e-signed by Dashe sanders (dashe.sanders@gmail.com)
Signature Date: 2026-04-01 - 8:41:03 PM GMT - Time Source: server- IP address: 107.116.98.53

✔ Agreement completed.
2026-04-01 - 8:41:03 PM GMT

![Adobe Acrobat Sign] **Adobe Acrobat Sign**